1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   M.L. COFFEE,

11              Plaintiff,                    No. 2:09-cv-1838 KJN P

12         vs.

13   D.K. SISTO, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16         On September 22, 2010, defendants filed a motion to dismiss pursuant to Federal

17   Rule of Civil Procedure 12(b)(6).  Plaintiff has not opposed the motion.

18         Local Rule 230(l) provides in part:  "Failure of the responding party to file written

19   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

20   the granting of the motion . . . ."  On June 2, 2010, plaintiff was advised of the requirements for

21   filing an opposition to a motion and that failure to oppose such a motion may be deemed a

22   waiver of opposition to the motion.

23         Local Rule 110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed June 2, 2010, plaintiff was also advised that

26   failure to comply with the Local Rules may result in a recommendation that the action be

1   dismissed.

2           Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

3 date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file

4 an opposition will be deemed as a statement of non-opposition and shall result in a

5 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

6 DATED:  October 27, 2010

7

8

9

10                    KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11 coff1838.46o

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26